UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Joseph Haag | 1:16-cv-02756-RLY-TAB |
| Brandon Johnson | 1:21-cv-01165-RLY-TAB |
| Frederick Wells | l:16-cv-03058-RLY-TAB |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Above-titled Plaintiffs and the defendants, Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS, hereby stipulate and agree that the above-captioned cases are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs. The parties further stipulate that:

1.  A Plaintiff listed above may refile his or her case in the Southern District of Indiana, in the event a Legally Cognizable Injury occurs within two years from the date of this Stipulation.

2.  For purposes of this Stipulation, "Legally Cognizable Injury" is exclusively defined as:

    a. an open surgical procedure to remove a Cook IVC Filter;[1]

---

[1] "Open procedure" means a surgery using medical instruments to open the patient's body to remove all or part of the Cook IVC Filter after either (1) one or more percutaneous retrieval attempts have failed to retrieve the filter, or (2) a determination by Plaintiff's treating physician, who is not retained, compensated or directed by Plaintiff's Counsel, that attempting a percutaneous retrieval of the filter is not feasible. For the purpose of this definition, a percutaneous retrieval procedure is not a "surgery."

    b. fracture of a Cook IVC Filter with a piece or pieces of the Cook IVC Filter remaining in the body after one or more percutaneous retrieval attempts have failed to retrieve the filter; or

    c. death related to a Cook IVC Filter.[2]

3. If a Plaintiff listed above refiles his or her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.

Dated: January 26, 2026.

| | |
|---|---|
| */s/ Martin P. Schrama (with permission)* | */s/ Erica K. Drew* |
| Martin P. Schrama, NJ #039581997 | Erica K. Drew, Esq., #30589-29 |
| Stark & Stark, P.C. | Faegre Drinker Biddle & Reath LLP |
| 100 American Metro Blvd. | 300 North Meridian Street, Suite 2500 |
| Hamilton, NJ 08619 | Indianapolis, Indiana 46204 |
| Telephone: (609) 895-7261 | Telephone: (317) 237-0300 |
| Fascimile: (609) 895-7395 | Facsimile: (317) 237-1000 |
| Email: mschrama@stark-stark.com | Email: erica.drew@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |

---

[2] "Death" means that a patient died as a result of the Cook IVC Filter. A contemporaneous medical record, autopsy report and/or death certificate created by a treating physician or pathologist, who is not retained, compensated or directed by Plaintiff's Counsel, reasonably interpreted as confirming that the patient's death was caused by or related to the Cook IVC Filter shall be required for "death" to qualify as a Legally Cognizable Injury pursuant to this Stipulation.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Erica K. Drew*
